# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13893

_____

FLORIDA COMMISSIONER OF AGRICULTURE,

                                                                                                     Plaintiff,

VERA COOPER,
NICOLE HANSELL,
NEILL FRANKLIN,

                                                                                               Plaintiffs-Appellants,

*versus*

ATTORNEY GENERAL OF THE UNITED STATES,
UNITED STATES OF AMERICA,
DIRECTOR OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

                                                                                                Defendants-Appellees.

2                           Order of the Court                       22-13893

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00164-AW-MAF

_____

Before BRANCH, LUCK, and TJOFLAT, Circuit Judges.

BY THE COURT:

      This case is hereby held in abeyance pending the Supreme Court's decision in *United States v. Rahimi*, No. 22-915. Within twenty-one (21) days of the Supreme Court issuing its opinion in *Rahimi*, the parties shall file supplemental briefs—not to exceed twenty (20) pages—indicating what effect the Supreme Court's decision in that case has on the instant one.