# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13893

_____

FLORIDA COMMISSIONER OF AGRICULTURE,

                                                                     Plaintiff,

VERA COOPER,
NICOLE HANSELL,
NEILL FRANKLIN,

                                                   Plaintiffs-Appellants,

*versus*

ATTORNEY GENERAL OF THE UNITED STATES,
UNITED STATES OF AMERICA,
DIRECTOR OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

                                                   Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00164-AW-MAF

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 20, 2025

For the Court: DAVID J. SMITH, Clerk of Court